IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| **Eleanor Jones Hamilton,** ) | Chapter 13 |
| **Debtor.** ) | Case No. 17-11665-SDB |

## MOTION TO EXTEND THE STAY AND REQUEST FOR EMERGENCY HEARING WITHIN 30 DAYS OF FILING OF THE PETITION IF OBJECTION FILED

COME NOW the above debtor(s) and hereby move this Honorable Court to extend the automatic stay in the above case and as grounds for such, state as follows:

1. The debtor filed the above case on November 2, 2017. Prior to this case, the debtor had a previous Chapter 13 case in the Southern District of Georgia filed on June 6, 2016. Said case was dismissed and was pending within the preceding one year period. Said case was dismissed because debtor got behind on her payments to the Trustee when she and her husband were out of work and didn't have any income. Debtor is presently receiving $3,571.92 per month from all sources of income; and is now generating funds sufficient to pay her Chapter 13 payment.

2. Pursuant to 11 U.S.C. Section 362 (c)(3), the stay will terminate with respect to property of the estate within 30 days from the date of filing if the debtor had a pending bankruptcy case which was dismissed within the prior year of the later filing.

3. The debtor requests the stay be extended on all property of the bankruptcy estate, and as to all creditors, until such time as the case is dismissed, or a discharge is granted, pursuant to 11 U.S.C. Section 362 (c) (3) (B).

4. The debtor states that the last case was dismissed because she became and her husband lost income and could not make the payments to the Trustee and thus the case was dismissed on

September 8, 2017.

5. The debtor states that she filed the prior case in good faith, but lost income and could not afford the payments to the Trustee. Debtor files the present case in good faith as she anticipates receiving an average of $3,571.92 net per month in the household.

6. The debtor states that there has been a significant change in circumstances such that the debtor will be able to complete a confirmed Chapter 13 plan. The change in circumstances is that the debtor has steady income, earning an average of $3,571.92 per month from all household sources.

7. The debtor has not had more than one case within the year prior to the filing of this case.

8. The foregoing change of circumstances demonstrates that the Debtor can perform this plan and is likely to complete the case successfully. Debtors' Chapter 13 payment is $355.00 per month, which she can afford with the present income in the household. Debtor contends that she has presented clear and convincing evidence of her ability to complete this Chapter 13 plan and clear and convincing evidence of her good faith filing.

9. Furthermore, because the automatic stay in this case is due to expire by law within 30 days of the date of filing of this case, the debtor respectfully requests that a hearing on this motion be scheduled within thirty days of the filing date if an objection is filed.

10. In the event that this Court cannot hear Debtors' motion within thirty days if an objection is filed, Debtor respectfully requests this court to grant an additional 15 days for hearing the motion and set the hearing within said 15 day period.

WHEREFORE, premises considered, the above debtor requests the automatic stay under 11 U.S.C. Section 362 (a) be extended as to all property of the estate, and as to all parties in interest, until such time as the case is dismissed or a discharge is granted, and that the debtors be

granted an "emergency" or expedited hearing on this motion as aforesaid if an objection is filed.

Respectfully submitted this 4th day of November, 2017.

/s/ D. Clay Ward
D. Clay Ward
Attorney for Debtor
Georgia Bar No. 736770

Ward and Spires, LLC
PO Box 1493
Augusta, Georgia 30903
(706) 724-2640

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| **Eleanor Jones Hamilton,** ) | Chapter 13 |
| **Debtor.** ) | Case No. 17-11665-SDB |

### ORDER EXTENDING AUTOMATIC STAY

On verified motion of the debtor, and it appearing that, although the debtor was in a previous Chapter 13 case filed in the Southern District of Georgia and closed within one year of this case, but there has been substantial change in the financial or personal affairs of the debtor since the dismissal of the debtors' most previous case, to wit: the debtor will be receiving monthly income in the amount of $3,571.92. Debtors' previous case was dismissed when she lost income and was unable to afford the payments to the Trustee. There is good reason to conclude by clear and convincing evidence that this case will be concluded, that debtor has filed the present case in good faith and it is therefore

Case No: 17-11665
Page 2

**ORDERED**, that the automatic stay under 11 U.S.C. Section 362 (a) be extended as to all property of the estate, and as to all parties in interest, until such time as this case is dismissed, a discharge is granted, or by Order on subsequent motion for particular stay relief.

## [END OF DOCUMENT]

Consented to:

/s/ D. Clay Ward
D. Clay Ward
Attorney for Debtor

_____
Chapter 13 Trustee

Prepared by:
Ward and Spires, LLC
PO Box 1493
Augusta, Georgia 30903
(706) 724-2640

## VERIFICATION

STATE OF GEORGIA )
) SSN:_____
COUNTY OF RICHMOND )

Personally appeared Eleanor Jones Hamilton, Movant herein, who after first being duly sworn, depose and say under oath, that the facts alleged in the foregoing Motion are true and correct under penalty of perjury.

*Eleanor Jones Hamilton*
Eleanor Jones Hamilton

Sworn to and subscribed before me, CLAY WARD
this 1st day of November, 2017.

_____
Notary

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **Motion and Request** upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

Chapter 13 Trustee
PO Box 2127
Augusta, Georgia 30903

DATED this 6 day of November, 2017.

_____
D. Clay Ward
Attorney for Debtor

Ward and Spires, LLC
PO Box 1493
Augusta, Georgia 30903
(706) 724-2640