UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| ELEANOR JONES HAMILTON, ) | CASE NO. 17-11665-SDB |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ESTATE OF PRIOR VEAZEY CASON ) | |
| A/K/A VEAZEY CASON, ) | |
| ) | |
| Movant, ) | |
| Vs. ) | |
| ) | |
| ELEANOR JONES HAMILTON ) | |
| HUON LE, TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

## RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO EXTEND STAY

COMES NOW Estate of Prior Veazey Cason a/k/a Veazey Cason ("Movan") and files this Response in Opposition to Debtor's Motion to Extend Stay and shows the Court as follows:

1.

Debtor having filed a voluntary petition pursuant to 11 U.S.C. §1301, *et seq.*, Debtor is subject to the jurisdiction of this Court.

2.

This Response in Opposition to Debtor's Motion to Extend Stay is filed pursuant to 11 U.S.C. §362, and is core proceeding under 28 U.S.C. §157(b)(2)(G).

3.

Movant asserts that it holds a valid security deed on Debtor's property located at 1067 Earl Street, Thomson, McDuffie County, Georgia 30824 (hereinafter referred to as "Property").

4.

Debtor filed her first Chapter 13 case (Case No. 16-10760) on November 25, 2014.

5.

Movant filed a Motion for Relief from Stay in the previous case on July 25, 2017.

6.

Movant and Debtor entered into a Consent Order with notating "no evidence to offer in opposition" on September 9, 2017.

7.

The Court entered an order dismissing Debtor's prior case on September 8, 2017.

8.

Debtor filed the instant case on November 1, 2017.

9.

Because Debtor's prior case was pending within the preceding 1-year period but was dismissed, the stay under 11 U.S.C. §362(a) terminates with respect to the Debtor on the 30th day after the filing of this case.

10.

Movant objects to, and opposes, Debtor's Motion to Extend the Automatic Stay because Debtor has failed to demonstrate that the filing of this case was in good faith as to the Movant.

11.

Debtor's case was filed in bad faith pursuant to 11 U.S.C. §362(c)(3)(C)(i)(II)(cc) because the Debtor failed to perform the terms of the previous case Chapter 13 plan. Specifically, the Debtor failed to make plan payments as required and confirmed by the Court.

12.

Debtor's case was also filed in bad faith pursuant to 11 U.S.C. §362(c)(3)(C)(i)(III) because the Debtor has failed to demonstrate that there has been a substantial change in the financial or personal affairs of the Debtor since the dismissal of the previous Chapter 13 case.

13.

Finally, Debtor's case was filed in bad faith with respect to the Movant pursuant to 11 U.S.C. §362(c)(3)(C)(ii) because Movant had commenced an action under 11 U.S.C. §362(d) in the previous Chapter 13 case that had been resolved by terminating, conditioning, or limiting the stay as to actions of the Movant.

14.

Debtor's continued default and clear inability to make all payments further evidences Debtor's failure to demonstrate that the instant case has been filed in good faith.

**WHEREFORE**, Movant prays for the following relief:

(a) That the Court enter an Order denying Debtor's motion to Extend the Automatic Stay;

(b) That the Court enter an Order confirming the automatic stay has been lifted as to Movant, its successors and assigns, regarding Property;

(c) That the Court enter an Order confirming that movant, its successors and assigns, is allowed to proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, and to assert any and all of its respective rights and remedies under applicable law, as to its collateral;

(d) That Movant, at its option, be permitted to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements;

(e) For a waiver from the provisions of Bankruptcy Rule 4001(a)(3); and

(f) For such other and further relief as the Court deems just and equitable.

Dated this 22nd day of November, 2017.

          **CLEARY, WEST & HAWKINS, LLP**

          /s/ Jennifer Hamilton Hawkins
          Jennifer Hamilton Hawkins
          GA Bar No. 940498
          Attorney for Movant

1223 George C. Wilson Drive
Augusta, GA 30909
Tel: 706-860-9995
jhhlaw@knology.net

## CERTIFICATE OF SERVICE

I, Jennifer Hamilton Hawkins, of Cleary, West & Hawkins, LLP, do hereby certify that on November 22, 2017, I have served a copy of the within RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO EXTEND STAY on the following parties at the addresses shown, by regular United States Mail, postage prepaid:

**Eleanor Jones Hamilton**
1067 Earle Street
Thomson, GA 30824

**Dempsey Clay Ward**
Ward & Spires
P.O. Box 1493
Augusta, GA 30903

**Huon Le**
P.O. Box 2127
Augusta, GA 30903

CLEARY, WEST & HAWKINS, LLP

/s/ Jennifer Hamilton Hawkins
Jennifer Hamilton Hawkins
GA Bar No. 940498
Attorney for Movant

1223 George C. Wilson Drive
Augusta, GA 30909
Tel: 706-860-9995
jhhlaw@knology.net