**IT IS ORDERED as set forth below:**



Date: December 4, 2017

_Susan D. Barrett_
Susan D. Barrett
United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-11665-SDB |
| ) | |
| ELEANOR HAMILTON. ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ESTATE OF PRIOR VEAZEY CASON A/K/A ) | |
| VEAZEY CASON, ) | |
| ) | |
| Movant, ) | |
| vs. ) | |
| ) | |
| ELEANOR HAMILTON, Debtor, ) | |
| HUON LE, Trustee, ) | |
| ) | |
| Respondents. | |

### ORDER GRANTING AMENDED MOTION TO EXTEND STAY WITH STRICT COMPLIANCE

This matter comes before the Court on Movant's Response in Opposition to Debtor's Amended Motion to Extend Stay, filed on November 22, 2017, and hearing scheduled for

1

November 28, 2017. Estate of Prior Veazey Cason a/k/a Veazey Cason ("Movant") is the holder of a first priority mortgage lien on certain real property located at 1067 Earl Street, Thomson, McDuffie County, Georgia 30824 ("Property") by virtue of a mortgage loan made to Debtor, evidenced by a Security Deed recorded at Deed Book 00521, Page 0436, McDuffie County, Georgia deed records ("Security Deed"). The Note secured by the Security Deed calls for monthly principal and interest payments in the amount of $350.00 per month. Relief was obtained in Debtor's prior case via a no opposition consent order [Doc #83]. Debtor desires to avoid foreclosure of the Property and to abide by the monthly payment obligations of the Note. Therefore the Court finds as follows:

**IT IS HEREBY ORDERED** that the Motion to Extend Stay with respect to the Property is granted, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**FURTHER ORDERED** that Debtor will resume making regular monthly mortgage payments as required by the Note and Security Deed beginning with the payment due for December 2018, in the amount of $350.00. Said payment shall be due on or before December 1, 2017, and subject to change as provided in the Note and Security Deed.

**FURTHER ORDERED** that Movant's full pre-petition arrearage shall be paid through Debtor's Chapter 13 Plan.

**FURTHER ORDERED** that should Debtor default in paying the regular mortgage payments which come due according to the Note, and this agreement, during the twelve (12) months following the entry of this Order, the provisions of Rule 4001(a)(3) shall be waived and upon notice of default sent by first class mail to Debtor and Debtor's attorney, at such address that appear on the attached distribution list, Movant may file a motion and affidavit of default with the

Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay, without further notice or hearing. Further, at such time as the affidavit of default is filed, Movant's claim shall be reduced to the amount paid with the right to file a deficiency claim, if appropriate.

[END OF DOCUMENT]

Consented to by:

/s/ Jennifer Hamilton Hawkins
Jennifer Hamilton Hawkins
Georgia Bar No. 940498
Cleary, West & Hawkins, LLP
1223 George C. Wilson Drive
Augusta, GA 30909
*Attorney for Movant*

Dempsey Clay Ward
Georgia Bar No. 736770
Ward & Spires, LLC
P.O. Box 1493
Augusta, GA 30903
*Attorney for Debtor*

Seen and No Opposition by:

_____

Georgia Bar No.
P.O. Box 2127
Augusta, GA 30903
*Attorney for Chapter 13 Trustee*

3