IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| IN RE: | * | |
|---|---|---|
| | * | CASE NO. 17-11665-SDB |
| ELEANOR HAMILTON, | * | |
| | * | CHAPTER 13 |
| Debtor. | * | |

## *AFFIDAVIT OF DEFAULT*

**NOW COMES** Jennifer Hamilton Hawkins, hereinafter referred to as "Affiant", and after first having been duly sworn, deposes, and says on oath, as follows:

(1)

That Affiant is the attorney of record for Estate of Prior Veazey Cason a/k/a Veazey Cason, and makes this his Affidavit pursuant to the Order of this Court entered December 4, 2017.

(2)

That this Court entered the above-referenced Order pursuant to the Response in Opposition to Debtor's Motion to Extend Stay filed by Estate of Prior Veazey Cason a/k/a Veazey Cason.

(3)

That said Order required Debtor to cure post-petition arrearages and make all future post-petition mortgage payments in a timely manner.

(4)

That said Order further provided that failure to make any of the payments as required under said Order would constitute default and Movant's attorney shall be entitled to file an

Affidavit of Default setting forth the facts of default and serve the same on the Debtor and Debtor's Counsel, at which time the Movant shall be entitled to an Order granting Movant relief from the automatic stay without further hearing.

(5)

That Affiant makes this Affidavit for the purpose of obtaining Relief from the Automatic Stay pursuant to the Order entered by this Court on December 4, 2017, as the Debtor has defaulted post-petition in the sum of $7,770.00 as of April 18, 2018.

(6)

Further, Affiant would show that Debtor has not made a mortgage payment to Estate of Prior Veazey Cason a/k/a Veazey Cason since the filing of her prior Chapter 13 Petition (Case No. 16-10760) in July 2016.

(7)

That by virtue of Debtor's default pursuant to the terms of the Order, Estate of Prior Veazey Cason a/k/a Veazey Cason, is entitled to an order granting Movant Relief from the Automatic Stay.

FURTHER AFFIANT SAYETH NOT.

This 18th day of April, 2018.

Signed, sealed and delivered
in the presence of:

_____
Notary Public

_____
JENNIFER HAMILTON HAWKINS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 17-11665-SDB |
| ELEANOR HAMILTON, | * | |
| | * | Chapter 13 |
| Debtor. | * | |

### *ORDER*

**IT APPEARING TO THE COURT** that Jennifer Hamilton Hawkins, as Attorney for Estate of Prior Veazey Cason a/k/a Veazey Cason, Creditor, provided Debtor and Debtor's Counsel with notice pursuant to the terms of the Order entered by this Court on December 4, 2017 which provided in part that,

"... should Debtor default in paying the regular mortgage payments which come due according to the Note, and this agreement, during the twelve (12) months following entry of this Order, the provisions of Rule 4001(a)(3) shall be waived and upon notice of default sent by first class mail to Debtor and Debtor's attorney, at such address that appear on the attached distribution list, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay, without further notice and hearing."

**IT FURTHER APPEARING TO THE COURT** that the Debtor has defaulted under the terms of the Order Granting Amended Motion to Extend Stay with Strict Compliance entered on December 4, 2017;

**IT IS HEREBY ORDERED** that Movant is entitled to Relief from the Automatic Stay permitting Movant to exercise its right of foreclosure and eviction under applicable state law, in relation to the real property known and designated as 1067 Earl Street, Thomson, GA 30824.

**IT IS FURTHER THE ORDER OF THIS COURT** that following foreclosure and upon compliance with state law, Movant may file an unsecured deficiency claim, if applicable, with a copy served upon the case trustee, debtor and debtor's counsel. The trustee is ordered to stop paying any previously allowed claim of Movant asserting a security interest in the property that is the subject of this order.

**[END OF DOCUMENT]**


PRESENTED BY:

_____
JENNIFER HAMILTON HAWKINS
Attorney for Movant
CLEARY, WEST & HAWKINS, LLC
1223 George C. Wilson Drive
Augusta, Georgia 30909
(706) 860-9995
State Bar No. 940498

## CERTIFICATE OF SERVICE

This is to certify this date I have served a copy of the within and foregoing AFFIDAVIT OF DEFAULT and proposed ORDER upon the following parties, by depositing the same in the United States Mail, with sufficient postage affixed thereto, to wit:

Chapter 13 Trustee - Huon Le
P.O. Box 2127
Augusta, GA 30903

D. Clay Ward
WARD & SPIRES, LLC
P.O. Box 1493
Augusta, GA 30903

Eleanor Hamilton
1067 Earl Street
Thomson, GA 30824

This 18th day of April, 2018.

_____
JENNIFER HAMILTON HAWKINS
Attorney for Movant

CLEARY, WEST & HAWKINS, LLP
1223 George C. Wilson Drive
Augusta, Georgia 30909
(706) 860-9995
State Bar No. 940498