**IT IS ORDERED as set forth below:**



Date: May 23, 2018

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 17-11665-SDB |
| ELEANOR HAMILTON, | * | |
| | * | Chapter 13 |
| Debtor. | * | |

### ORDER

**IT APPEARING TO THE COURT** that Jennifer Hamilton Hawkins, as Attorney for Estate of Prior Veazey Cason a/k/a Veazey Cason, Creditor, provided Debtor and Debtor's Counsel with notice pursuant to the terms of the Order entered by this Court on December 4, 2017 which provided in part that,

> "... should Debtor default in paying the regular mortgage payments which come due according to the Note, and this agreement, during the twelve (12) months following entry of this Order, the provisions of Rule 4001(a)(3) shall be waived and upon notice of default sent by first class mail to Debtor and Debtor's attorney, at such address that appear on the

attached distribution list, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay, without further notice and hearing."

**IT FURTHER APPEARING TO THE COURT** that the Debtor has defaulted under the terms of the Order Granting Amended Motion to Extend Stay with Strict Compliance entered on December 4, 2017;

**IT IS HEREBY ORDERED** that Movant is entitled to Relief from the Automatic Stay permitting Movant to exercise its right of foreclosure and eviction under applicable state law, in relation to the real property known and designated as 1067 Earl Street, Thomson, GA 30824.

**IT IS FURTHER THE ORDER OF THIS COURT** that following foreclosure and upon compliance with state law, Movant may file an unsecured deficiency claim, if applicable, with a copy served upon the case trustee, debtor and debtor's counsel. The trustee is ordered to stop paying any previously allowed claim of Movant asserting a security interest in the property that is the subject of this order.

**[END OF DOCUMENT]**

PRESENTED BY:

JENNIFER HAMILTON HAWKINS
Attorney for Movant
CLEARY, WEST & HAWKINS, LLC
1223 George C. Wilson Drive
Augusta, Georgia 30909
(706) 860-9995
State Bar No. 940498