**IT IS ORDERED as set forth below:**



**Date: September 5, 2018**

_____
*Susan D. Barrett*
United States Bankruptcy Judge
Southern District of Georgia

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| In re:<br>Eleanor Jones Hamilton | Case No.: 17-11665 |
|---|---|
| | Judge: Susan D. Barrett |
| | Chapter: 13 |
| Debtor(s) | |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☐ Granted and the case is dismissed;

   ☐ With prejudice against refiling for 180 days;

   ☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing notice of conversion;

☐ Denied.

94

Chapter 13 Case No.: 17-11665

Page 2

[✓] Denied on the condition that Debtor(s):

- [ ] File a Modified Plan within fourteen (14) days.
- [ ] Raise payments to $_____ per _____ for the balance of the plan;
- [ ] Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.
- [✓] Pay $ 355.00 by September 25, 2018 ;
- [ ] Pay $_____ per _____ until _____.
- [✓] Makes all future payments to Trustee in a timely manner.

[ ] Continued to the _____ term of Court.

- [ ] With payments of $_____ in the interim.

[✓] Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

1 Year Strict Compliance.

[END OF DOCUMENT]

Consented to by:

Debtor: _____

Debtor: _____

Debtor's Attorney: /s/ Joseph E. Spires

Chapter 13 Trustee/Attorney for: _[signature]_
Huon Le, Cortney Elam, Jane Miller