# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **IN THE MATTER OF:** ) | **CHAPTER:** 13 | |
| ELEANOR HAMILTON ) | | |
| ) | **CASE #:** 17-11665-SDB | |
| **DEBTOR(S)** ) | | |
| MOTION FOR | | |

☐   **VOLUNTARY CONVERSION**

DEBTOR(S) HEREBY REQUEST CONVERSION TO CHAPTER 7 UPON PAYMENT OF THE $25.00 CONVERSION FEE.

☑   **VOLUNTARY DISMISSAL**

DEBTOR(S) HEREBY REQUEST CASE BE DISMISSED.

DEBTOR: Eleanor Hamill
DEBTOR: N/A
ATTORNEY FOR DEBTOR(S) /s/ D. Clay Ward
DATED: September 17, 2018

REVISED APRIL 14, 2010